The Honorable Karen A. Overstreet
Chapter 13

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>Malaia Panagiotis Balinbin<br>dba Malaia Panagiotis Balin-Botsaris<br><br>Debtor. | Case No.: 06-12261-KAO<br><br>**STIPULATED ORDER FOR PRECONFIRMATION DISBURSMENT OF FUNDS BY THE TRUSTEE** |

CitiFinancial Mortgage Company, Inc. ("Secured Creditor"), and Malaia Panagiotis Balinbin, debtor ("Debtor"), by and through their respective counsel, and K. Michael Fitzgerald, the Chapter 13 trustee ("Trustee"), hereby

STIPULATE, as follows:

1. This order affects real property commonly known as 13259 SE 245th Street, Kent, WA 98042 (the "Property").

2. The Trustee shall immediately pay and disburse to Secured Creditor all postpetition mortgage payments from funds paid to the trustee by Debtor, and shall continue the disbursements each month until the plan is confirmed, at which time the plan payment terms shall control.

Stipulated Order for Preconfirmation Disbursements - 1
MH #06-4174

McCarthy & Holthus, LLP
600 Winslow Way #234
Bainbridge Island, WA 98110
206.749.0260

3. The amount to be paid by Trustee to Secured Creditor is $35,651.79, which represents 19 postpetition mortgage payments, for the postpetition period of July 14, 2006, through January 14, 2008, at the monthly payment amount of $1,876.41.

4. Payments shall be made directly to CitiFinancial Mortgage Company, Inc., P O Box 140609, Irving, TX 75014-0609.

IT IS SO ORDERED.

Dated: _____

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented By:

McCarthy & Holthus LLP

 */s/ Angela M. Michael*
Matthew R. Cleverley, Esq., WSBA #32055
Angela M. Michael, Esq., WSBA #37727
Attorneys for Secured Creditor


Stipulated and Agreed to;
Notice of Presentation Waived:

 */s/ Melissa A. Huelsman*
Melissa A. Huelsman, Esq., WSBA #30935
Attorney for Debtor


_____
K. Michael Fitzgerald
Chapter 13 Trustee

Stipulated Order for Preconfirmation Disbursements - 2
MH #06-4174

McCarthy & Holthus, LLP
600 Winslow Way #234
Bainbridge Island, WA 98110
206.749.0260