|   | |
|---|---|
| | Honorable Philip H. Brandt |
| | Chapter: 13 |
| | Hearing Date: May 26, 2008 |
| | Hearing Time: 9:30 a.m. |
| | Hearing Location: 700 Stewart Street #8106 |
| | Seattle, WA 98101 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) Chapter 13
)
MALAIA PANAGIOTIS BALINBIN, ) Case No. 06-12261
)
) ORDER DISMISSING CASE
Debtor(s) )
)
_____)

This matter having come on the Trustee's objection to confirmation and motion to dismiss, the Judge having orally ruled on June 26, 2008, that the debtor had until July 2, 2008, to file a motion to approve PI settlement and appoint the PI attorney, as well as to provide an accounting of the settlement proceeds, or else the Trustee may enter a dismissal order, the time having passed and none of the requirements having been met, it is therefore;

ORDERED that the above captioned case is dismissed.

DATED this \_\_\_\_ day of July, 2008

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

/s/ Sten E. Sorby #27020 for_____
K. Michael Fitzgerald
Chapter 13 Trustee

ORDER DISMISSING CASE